USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
In Re: Bernard L. Madoff Investment Securities LLC :
:
DEBTOR. :
------------------------------------------------------------------: 22-CV-3882 (VEC)
:
KENNETH W. BROWN : ORDER
:
APPELLANT, :
:
IRVING H. PICARD, TRUSTEE :
:
APPELLEE. :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 12, 2022, Appellant Kenneth W. Brown, proceeding *pro se*, filed a notice of appeal from the Bankruptcy Court, Dkt. 1.

IT IS HEREBY ORDERED that, by no later than **Friday, June 3, 2022**, the parties must meet and confer and file a joint letter with proposed designations of the bankruptcy record and a proposed briefing schedule with respect to the appeal.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Appellant and to note the mailing on the docket.

**SO ORDERED.**

**Date: May 13, 2022**              _____
**New York, NY**                     **VALERIE CAPRONI**
                                     **United States District Judge**